UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-DPW<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 83.5.2(c), Plaintiffs Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy ("Plaintiffs"), hereby move the Court for an order allowing attorneys Paul J. Lukas, Brock J. Specht, Jacob T. Schutz and Caroline E. Bressman of the law firm Nichols Kaster, PLLP to withdraw as counsel for Plaintiffs.

Notice of Nichols Kaster, PLLP withdrawal was provided via electronic mail to Plaintiffs on October 3, 2022, and will be served via ECF upon all parties through their counsel of record.

Plaintiffs will continue to be represented by their other counsel of record at the firms of Block & Levitan, LLP, Morgan & Morgan, PA and Wenzel Fenton, Cabassa, P.A. and Engstrom Lee McDonough Thompson & Thomson LLC.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 3, 2022 | **NICHOLS KASTER, PLLP** |
|  | /s/ Paul J. Lukas<br>Paul J. Lukas, MN Bar No. 022084X*<br>Brock J. Specht, MN Bar No. 0388343*<br>Jacob T. Schutz, MN Bar No. 0395648*<br>Caroline E. Bressman, MN Bar No. 0400013*<br>* admitted *pro hac vice*<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: 612-256-3200 Fax: 612-338-4878<br>lukas@nka.com<br>bspecht@nka.com<br>jschutz@nka.com<br>cbressman@nka.com |

## CERTIFICATE OF SERVICE

I, Paul Lukas, hereby certify that on October 3, 2022, I filed the foregoing via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Date: October 3, 2022 | /s/ Paul J. Lukas<br>Paul J. Lukas |