**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy ("Plaintiffs") hereby move to certify the following proposed class in this action (or such other class(es) as the Court may determine to be appropriate) under Rule 23(a) and (b)(1) or (b)(3):

> All participants and beneficiaries of the Russelectric Inc. Employee Stock Ownership Plan who received a benefit when the ESOP terminated.

In addition, Plaintiffs move to appoint Plaintiffs as the class representatives for the class, and Plaintiffs' counsel as class counsel under Rule 23(g).

This motion is made based on this Motion, the accompanying Memorandum in Support, Declaration of Charles C. Gokey and the accompanying exhibits, Declaration of Brandon J. Hill, Declaration of Marc Edelman, Declaration of Jason M. Leviton, Declaration of Rita Bowers, Declaration of Michele Gear-Cole, Declaration of Florence Lorenzano, and Declaration of

Reginald Tercy, and all other papers, pleadings, documents, arguments of counsel, and materials presented before or during the hearing on this motion, or any other evidence or argument the Court may consider.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument on this Motion.

Dated: June 28, 2024

**ENGSTROM LEE LLC**

/s/ Charlie C. Gokey
Charlie C. Gokey, MN Bar No. 0402225*
Carl F. Engstrom, MN Bar No. 0396298*
Brandon T. McDonough, MN Bar No. 0393259*
Mark E. Thomson, MN Bar No. 0398260*
Jennifer K. Lee, MN Bar No. 0399012**
**admitted pro hac vice*
***pro hac vice pending*
323 Washington Ave. N., Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
cgokey@engstromlee.com
cengstrom@engstromlee.com
bmcdonough@engstromlee.com
mthomson@engstromlee.com
jlee@engstromlee.com

**BLOCK & LEVITON, LLP**
Jason M. Leviton (BBO #678331)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockesq.com

**MORGAN & MORGAN, PA**
Marc Edelman, FL Bar No. 96342*
**pro hac vice pending*
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
medelman@forthepeople.com

**WENZEL, FENTON, CABASSA, P.A.**
Brandon J. Hill, FL Bar No. 37061*
**admitted pro hac vice*
1110 N. Florida Ave, Suite 300
Tampa, FL 33602
Telephone: (813) 337-7992
bhill@wfclaw.com

**ATTORNEYS FOR PLAINTIFFS**

**LOCAL RULE 7.1 CERTIFICATION**

**I HEREBY CERTIFY** that, pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion, and have been advised that Defendants oppose the motion.

Dated: June 28, 2024

/s/ Charlie C. Gokey
Charlie C. Gokey

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 28, 2024, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Charlie C. Gokey
Charlie C. Gokey