UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS<br><br>**DECLARATION OF MARC R. EDELMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Marc R. Edelman, declare and state as follows:

1. I am a partner at the law firm of Morgan & Morgan, P.A. ("Morgan & Morgan"), and am one of the attorneys of record for Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. I am licensed to practice law in the State of Florida and am admitted to practice in several federal district courts and appellate courts. A list of jurisdictions and courts in which I am admitted is set forth below:

| |
|---|
| United States District Court Middle District of Florida |
| United States District Court Southern District of Florida |
| United States Court of Appeals for the Eleventh Circuit |
| United States District Court Western District of Tennessee |
| United States District Court Eastern District Michigan |
| Supreme Court of the State of Florida |
| Circuit Courts State of Florida |

1

3. I received my law degree from Florida State University in 1996 and my B.A. from the University of Florida in 1992.

4. I have been actively engaged in the practice of law since 1996 and have substantial class action experience.

5. Since joining Morgan and Morgan I have focused my efforts on employment law and employment related class action lawsuits prosecuting violations of the Fair Credit Reporting Act 15 U.S.C. § 1681b and ERISA's COBRA provisions. *Graham v. Pyramid Healthcare Solutions,* Case No.: 8:16-cv- 1324-T-30AAS (Dkt.58), (M.D. Fla. June 18, 2017)(Moody, J.); *Coles v. Stateserv Medical of Florida, LLC et al*. No. 8:17-cv-829-T-17-AEP, (M.D. Fla., April 10, 2017) (Dkt. 45); *Fosbrink v. Area Wide Protective, Inc*., 8:17-cv-01154-JSM-CPT, (M.D. Fla., May 8, 2018) (Moody, J.) (Dkt. 58); *Musa v. SOS Security LLC*, No. 2:17-cv-05681-MCA-SCM (D.N.J., Newark Division, April 16, 2018) (Dkt. 42); *Grice v. Pepsi Beverages Company, et al*, Case No:1:17-cv-08853-JPO (S.D.N.Y. May 23, 2018); *Gibbs v. Centerplate, Inc., et al.*, No.8:17-cv- 2187-T-17EAK-JSS (M.D.Fla. July 12, 2018); *Hargrett v. Amazon.comDEDC LLC*, Case No.8:15-cv-2456-T-26EAJ (July 24, 2018); *Gross v. Advanced Disposal Services, Inc*., No. 8:17-cv-1920-T-36TGW (M.D.Fla. Dec. 10, 2018); *Williams v. Naples Hotel Group*, No: 6:18-cv- 422-Orl-37DCI (M.D.Fla. June 11, 2019); *Lindsey v. Ring Power Corporation*, No.: 18-CA- 007124 (Fla. 13th Cir.); *Bulgajewski v. R.T.G. Furniture Corporation, d/b/a Rooms To Go*, No.: 18-CA-007000 (Fla.13th Cir.). *Bryant v. Realogy Group, LLC,* No.: 8:18-cv-2572-T-60CPT (M.D.Fla. April 9, 2020); *Bermudez v. CFI Resorts Management, Inc.*, No.: 6:19-cv-1847-Orl- 37DCI (M.D.Fla. August 3, 2020); *Silberstein v. Petsmart, Inc.*, No.: 8:19-cv-02800-SCB-AAS (M.D.Fla. August 27, 2020); *Sharp v. Technicolor Videocassette of Michigan, Inc.*, No.: 2:18-cv- 02325-cgc (W.D.T.N., December 5, 2010); *Smith, et al. v. Kforce, Inc.*, No.: 8:19-cv-02068-CEH-CPT

(M.D.Fla. June 28, 2021); *Betty Morris, et al. v. US Foods, Inc.*, No.: 8:20-cv-105-SDM-CPT (M.D.Fla. July 14, 2021); *Broughton v. Payroll Made Easy, Inc.*, No.: 2:20-cv-41-NPM (M.D.Fla. July 27, 2021); *Tweedie v. Waste Pro USA, Inc.*, No.: 8:19-cv-01827-TPB-AEP (M.D.Fla August 5, 2021); *Mendiola v. Home Depot U.S.A., Inc., et al.*, No.: 1:20-cv-04027 (N.D.G.A. October 7, 2021); *McNamara v. Brenntag Mid-South, Inc.*, No.: 8:21-cv-618-MSS-JSS, (M.D.Fla. November 2, 2021); *Washington v. DialogDirect*, No: 2:21-cv-10445-LVP-RSW (E.D.Mich. April 18, 2022); *Lyttle v. Trulieve, Inc.*, Case No.: 8:19-cv-02313-CEH-TGW (M.D.Fla. Aug. 18, 2022); *Moore v Computer Generated Solutions, Inc.* Case No.: 2022-ca-856 (Thirteenth Circuit Fla. Sept. 21, 2023); *Rodriguez v TZ Insurance Solutions d/b/a Tranzact and Willis Towers Watson, U.S. LLC*, Case No.: 23-ca-401 (Thirteenth Circuit Fla. Aug. 17, 2023).

6.  I have been actively involved in this litigation from the onset, initially working with co-counsel to identify potential causes of action and collect the information required to confirm the underlying merits of the claim. Based on my personal experience and knowledge of this action, as well as class action litigation experience, my firm, in collaboration with co-counsel, is qualified to represent the putative class through the conclusion of this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2024                               */s/Marc R. Edelman*
                                                   Marc R. Edelman

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 28, 2024, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Charlie C. Gokey
Charlie C. Gokey