DocuSign Envelope ID: AFA5686B-58B0-4B93-97EB-ABFF86ED5465

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>                Plaintiffs,<br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>                Defendants. | Case No. 1:22-cv-10457-PBS<br><br><br><br>**DECLARATION OF FLORENCE LORENZANO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Florence Lorenzano, declare as follows:

      1.      I am one of the named Plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

      2.      I was a participant in the Russelectric Inc. Employee Stock Ownership Plan ("ESOP") at the point it terminated. At that time, I had 73.847 Russelectric shares allocated to my individual ESOP account. I am now suing to recover on behalf of the ESOP.

      3.      I am not an investment, finance, business, or accounting expert. I trusted the company's directors and officers, and the ESOP's trustee, to fulfill their fiduciary obligations to the ESOP and its members.

      4.      After consulting my attorneys and learning relevant facts, I became aware that Defendants failed to prudently and loyally execute their duties to protect the ESOP, causing

1

participants to receive only a fraction of what they were owed when the ESOP terminated and when participants received clawback payments. I was unaware of Defendants' misconduct before being informed by my counsel, and without my counsel's experience, diligence, and investigation, I likely would not have uncovered it at all.

5.      As a non-lawyer, I am generally unfamiliar with ERISA. However, I understand that Defendants should have been managing the ESOP with only participants' interests in mind and they did not do this. I further understand that due to Defendants' self-interest or dereliction of their duties, ESOP participants like myself received less in retirement benefits than we should have. If this class is certified and Plaintiffs are successful, the ESOP and its participants may recover the money they should have received in the first place.

6.      I have actively participated in this action to date. Among other things, I have (1) reviewed the allegations of the original and both amended Complaints, provided feedback, and asked questions; (2) provided information to my counsel prior to the filing of the action; (3) produced documents in response to Defendants' discovery requests; (4) responded to, reviewed, and signed interrogatory responses; (5) communicated regularly with counsel; and (6) kept myself informed about the case.

7.      I am committed to seeing this litigation through to the end, and I am willing to undertake any responsibilities required of me as a class representative, including appearing for any depositions, participating in any mediations, and testifying at trial, if necessary.

8.      In the event I am appointed as a class representative, I will represent the interests of other class members as I would my own. I am not aware of any conflicts of interest between myself and the other Plan participants.

9.  I have been monitoring the work of my counsel and am satisfied with the work they have performed to date in this action. I am unaware of any conflict of interest with my counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/21/2024

DocuSigned by:

*Florence Lorenzano*
5AD03C1EB8BF456...
Florence Lorenzano

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2024, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

/s/Charlie C. Gokey
Charlie C. Gokey