UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No.:   1:22-cv-10457-PBS |

## DEFENDANTS' MOTION TO EXCLUDE OPINIONS OF KELLY Q. DRISCOLL

Defendants Argent Trust Company, John H. Russell, Susanne E. Russell, Lisa J. Russell, Dennis J. Long, and Denise D. Wyatt (collectively, "Defendants"), move the Court under Federal Rule of Evidence 702 to exclude opinions contained in the reports and proposed testimony of Plaintiffs' expert Kelly Q. Driscoll.

The grounds for this Motion are set forth in the accompanying memorandum and Declaration of Connor S. Romm.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and exclude from trial the challenged portions of Ms. Driscoll's expert reports identified in the accompanying memorandum and Ms. Driscoll's proposed testimony regarding (1) what the law requires; (2) legal conclusions on ultimate legal issues; (3) the interpretation of contracts or plan

documents; (4) the credibility or motivations of witnesses; (5) the interpretation of case documents or witness testimony; and (6) unsupported *ipse dixit* testimony.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request oral argument on this motion.

Dated: August 1, 2025

Respectfully submitted,

*/s/ Nicholas Nesgos*
Nicholas Nesgos (BBO #549171)
Adam L. Littman (BBO #673407)
Sara J. Wiseman (BBO #711058)
**ARENTFOX SCHIFF LLP** Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199
Tel: (617) 973-6100
Fax: (617) 367-2315
nicholas.nesgos@afslaw.com
adam.littman@afslaw.com
sara.wiseman@afslaw.com

**Attorneys for Defendants John H. Russell, Suzanne E. Russell, and Lisa J. Russell**

*/s/ Theodore M. Becker*
Theodore M. Becker (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street
Chicago, IL 60606-0029
Tel.: (312) 372-2000
tbecker@mwe.com

Julian Lucien Andre (*pro hac vice*)
Tala Jayadevan (*pro hac vice*)
Brennen Sharp-Polos (*pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90064

*/s/ Lars C. Golumbic*
Lars C. Golumbic (*pro hac vice*)
William J. Delany (*pro hac vice*)
Ross P. McSweeney (*pro hac vice*)
Paul J. Rinefierd (*pro hac vice*)
Lawrence A. Brett (*pro hac vice*)
Benjamin J. Koenigsfeld (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, D.C. 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
wdelany@groom.com
rmcsweeney@groom.com
prinefierd@groom.com
lbrett@groom.com
bkoenigsfeld@groom.com

Grace V.B. Garcia (BBO # 640970)
Peter A. Monaco (BBO # 681918)
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210-1181
Tel: (617) 737-8822
Fax: (617) 342-4914
ggarcia@morrisonmahoney.com
pmonaco@morrisonmahoney.com

**Attorneys for Defendant Argent Trust Company**

Tel.: (310) 551-9335
jandre@mwe.com
tjayadevan@mwe.com
bsharp-polos@mwe.com

Asseret Frausto (BBO #714301)
Connor S. Romm (BBO # 709654)
Rachele Lajoie (BBO #715361)
**MCDERMOTT WILL & SCHULTE LLP**
200 Clarendon Street
Boston, Massachusetts 02116
Tel.: (617) 535-4000
Fax: (617) 535-3800
afrausto@mwe.com
cromm@mwe.com
rlajoie@mwe.com

*Attorneys for Defendant Dennis J. Long*

*/s/ Debbie W. Harden*
Debbie W. Harden (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202
Tel: (704) 331-4943
Debbie.Harden@wbd-us.com

Sarah Meyer (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5807
Sarah.Meyer@wbd-us.com

Jed M. Nosal (BBO #634287)
**WOMBLE BOND DICKINSON (US) LLP**
Independence Wharf
470 Atlantic Avenue, Suite 600
Boston, MA 02210
Tel: (857) 287-3175
Jed.Nosal@wbd-us.com

Ian R. Dickinson (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
201 East Main Street, Suite P
Charlottesville, VA 22902
Tel: (202) 857-4463
ian.dickinson@wbd-us.com

*Attorneys for Defendant Denise D. Wyatt*

## LOCAL RULE 7.1 CERTIFICATION

I, Connor S. Romm, hereby certify that we have conferred with counsel for Plaintiffs in good faith regarding the issues raised in this motion and have been advised that Plaintiffs oppose this motion.

Date:   August 1, 2025                           /s/ *Connor S. Romm*
                                                 Connor S. Romm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, which was served in its entirety on all counsel of record by the Court's CM/ECF system.

Date:   August 1, 2025                           /s/ *Connor S. Romm*
                                                 Connor S. Romm