UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS |

## **DENISE WYATT'S' MOTION FOR ENTRY OF BAR ORDER**

Defendant Denise Wyatt ("Wyatt") moves for entry of the Bar Order attached as Exhibit 1, pursuant to the Settlement reached by Wyatt and Plaintiffs. Plaintiffs have concurrently moved for preliminary approval of the Settlement and separately filed a motion for application of a *pro tanto* judgment reduction credit. In support of this Motion for Entry of Bar Order, Wyatt prays reference to the concurrently filed Memorandum in Support.

WHEREFORE, Wyatt respectfully requests that this Court enter the Bar Order attached to this Motion as Exhibit 1.

Dated: August 5, 2025                                Respectfully Submitted,

        /s/ Debbie W. Harden
Debbie W. Harden (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Tel.: (704) 331-4943
Debbie.Harden@wbd-us.com

Sarah Meyer (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel.: (410) 545-5807
Sarah.Meyer@wbd-us.com

Jed M. Nosal (BBO #634287)
**WOMBLE BOND DICKINSON (US) LLP**
Independence Wharf
470 Atlantic Avenue, Suite 600
Boston, MA 02210
Tel.: (857) 287-3175
Jed.Nosal@wbd-us.com

Ian R. Dickinson (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
201 East Main Street, Suite P
Charlottesville, VA 22902
Telephone: (202) 857-4463
ian.dickinson@wbd-us.com

*Attorneys for Defendant Denise D. Wyatt*

### CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Date:    August 5, 2025                                /s/ Debbie W. Harden
                                                                Debbie W. Harden