UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS |

**PLAINTIFFS' PARTIALLY UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT WITH DEFENDANT <u>DENNIS J. LONG</u>**

Plaintiffs Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy ("Plaintiffs"), individually and on behalf of the proposed Settlement Class, hereby respectfully move for an order (1) preliminarily approving a partial class action settlement ("Settlement Agreement") between Plaintiffs and Defendant Dennis J. Long ("Long"); (2) approving the proposed Settlement Notice and authorizing its distribution to the Settlement Class;[1] (3) certifying, on a preliminary basis, the proposed Settlement Class; (4) approving the proposed Plan of Allocation; (5) setting a date for a Fairness Hearing; and (6) granting other relief as set forth in the

---

[1] Plaintiffs have already reached a Partial Settlement with Defendants Denise D. Wyatt and Argent Trust Company. If the Wyatt and Argent Settlement are also preliminarily approved, Plaintiffs, Wyatt, Long, and Argent propose sending a single joint notice and establishing a single Settlement Website to Class Members.

proposed Preliminary Approval Order.

This motion is made based on the accompanying Memorandum of Points and Authorities, the Settlement Agreement, Declaration of Carl F. Engstrom and the accompanying exhibit, Declaration of Rita Bowers, Declaration of Michele Gear-Cole, Declaration of Florence Lorenzano, Declaration of Reginald Tercy, the previously filed Declaration of Atticus Administration LLC, and all other papers, pleadings, documents, arguments, and materials presented before or during the hearing on this motion, and any other evidence or argument the Court may consider.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs request oral argument on this Motion.

Dated: September 4, 2025

**ENGSTROM LEE LLC**

/s/ Carl F. Engstrom
Carl F. Engstrom, MN Bar No. 0396298*
Charlie C. Gokey, MN Bar No. 0402225*
Mark E. Thomson, MN Bar No. 0398260*
Jennifer K. Lee, MN Bar No. 0399012*
Nicholas D. Thompson, MN Bar No. 0389609*
Brandon T. McDonough, MN Bar No. 0393259*
323 Washington Ave. N., Suite 200
Minneapolis, MN 55401
Telephone: (612) 305-8349
cengstrom@engstromlee.com
cgokey@engstromlee.com
mthomson@engstromlee.com
jlee@engstromlee.com
nthompson@engstromlee.com
bmcdonough@engstromlee.com

**BLOCK & LEVITON, LLP**
Jason M. Leviton (BBO #678331)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
jason@blockesq.com

**MORGAN & MORGAN, PA**
Marc Edelman, FL Bar No. 96342*
*pro hac vice pending*
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
medelman@forthepeople.com

**WENZEL, FENTON, CABASSA, P.A.**
Brandon J. Hill, FL Bar No. 37061*
*admitted pro hac vice*
1110 N. Florida Ave, Suite 300
Tampa, FL 33602
Telephone: (813) 337-7992
bhill@wfclaw.com

**ATTORNEYS FOR PLAINTIFFS AND THE CERTIFIED CLASS**

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that, pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants Wyatt, Argent, and Long do not oppose this motion while the remaining Defendants oppose this motion.

Dated: September 4, 2025                              /s/ Carl F. Engstrom
                                                      Carl F. Engstrom

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 4, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

Dated: September 4, 2025                    /s/ Carl F. Engstrom
                                            Carl F. Engstrom