UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS |

**PLAINTIFFS' MOTION FOR APPLICATION OF A *PRO TANTO* SETTLEMENT OFFSET CREDIT**

Plaintiffs Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy ("Plaintiffs") hereby move for an order approving a judgment reduction credit pursuant to which any monetary recovery by Plaintiffs awarded by the Court at trial against the Non-Settling Defendants on Counts I through IV and VII through X is reduced by the dollar amount of the Gross Settlement Amount, as set forth in the accompanying Memorandum of Law.

This motion is made based on this Motion, the accompanying Memorandum in Support, the Declaration of Carl F. Engstrom in Support of Plaintiffs' Motion for Preliminary Approval of Partial Class Action Settlement with Dennis J. Long and the exhibits thereto, and all other papers, pleadings, documents, arguments of counsel, and materials presented before or during the hearing on this motion, or any other evidence or argument the Court may consider.

1

| | |
|---|---|
| Dated: September 4, 2025 | **ENGSTROM LEE LLC**<br><br>/s/ Carl F. Engstrom<br>Carl F. Engstrom, MN Bar No. 0396298*<br>Charlie C. Gokey, MN Bar No. 0402225*<br>Mark E. Thomson, MN Bar No. 0398260*<br>Jennifer K. Lee, MN Bar No. 0399012*<br>Nicholas D. Thompson, MN Bar No. 0389609*<br>Brandon T. McDonough, MN Bar No. 0393259*<br>323 Washington Ave. N., Suite 200<br>Minneapolis, MN 55401<br>Telephone: (612) 305-8349<br>cengstrom@engstromlee.com<br>cgokey@engstromlee.com<br>mthomson@engstromlee.com<br>jlee@engstromlee.com<br>nthompson@engstromlee.com<br>bmcdonough@engstromlee.com<br><br>**BLOCK & LEVITON, LLP**<br>Jason M. Leviton (BBO #678331)<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>jason@blockleviton.com<br><br>**MORGAN & MORGAN, PA**<br>Marc Edelman, FL Bar No. 96342*<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Telephone: (813) 223-5505<br>medelman@forthepeople.com<br><br>**WENZEL, FENTON, CABASSA, P.A.**<br>Brandon J. Hill, FL Bar No. 37061*<br>1110 N. Florida Ave, Suite 300<br>Tampa, FL 33602<br>Telephone: (813) 337-7992<br>bhill@wfclaw.com<br><br>*admitted pro hac vice<br><br>**ATTORNEYS FOR PLAINTIFFS AND THE CERTIFIED CLASS** |

**LOCAL RULE 7.1 CERTIFICATION**

I certify that, pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion. Defendants Dennis Long, Argent Trust Company and Denise Wyatt do not take a position on this motion. The remaining Defendants oppose this motion.

Dated: September 4, 2025                    /s/ Carl F. Engstrom
                                            Carl F. Engstrom

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 4, 2025, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

Dated: September 4, 2025                                /s/ Carl F. Engstrom
                                                                       Carl F. Engstrom