**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br>v.<br><br>John H. Russell, Suzanne E. Russell, and Lisa J. Russell, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and Denise D. Wyatt, Dennis J. Long, Argent Trust Company, and John and Jane Does 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS |

**DECLARATION OF CARL F. ENGSTROM IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS**

I, Carl F. Engstrom, declare and state as follows:

1. I am a partner at the law firm of Engstrom Lee LLC, and counsel for Plaintiffs Rita Bowers, Michele Gear-Cole, Florence Lorenzano, and Reginald Tercy in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlements.

2. Prohibited Transaction Exemption 2003-39 ("PTE 2003-39").[1] and each of the four Settlement Agreements require an independent fiduciary to review the Settlements on behalf of the Russelectric Inc. Employee Stock Ownership Plan (the "Russelectric ESOP"). Dkt. 434-1 § 2.3

[1] *See* 68 Fed. Reg. 75,632 (Dec. 31, 2003), as amended 75 Fed. Reg. 33,830 (June 15, 2010).

(Wyatt), Dkt. 491-1 § 2.3 (Argent), Dkt. 560-1 § 2.2 (Long), Dkt. 660-1 § 2.2 (Russell Defendants). The Court appointed Fiduciary Counselors Inc. to serve as the Independent Fiduciary under all four agreements. Dkt. 665 ¶ 20. The parties provided all documents and information Fiduciary Counselors requested, and counsel for each party discussed the Settlements with the Independent Fiduciary by telephone. On October 30, 2026, Fiduciary Counselors issued its report. It found reasonable (1) the Gross Settlement Amounts, which total $14,550,000; (2) the scope of the releases; and (3) the amount of the attorneys' fee award or other sums to be paid from the recovery. It approved and authorized each Settlement on behalf of the Russelectric ESOP under PTE 2003-39. A true and correct copy of Fiduciary Counselors' report is attached as **Exhibit A**.

3. The deadline to submit objections to the Settlement was October 26, 2026. Dkt. 665 ¶¶ 29, 33. No objections to the Settlement have been received.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2026

/s/Carl F. Engstrom
Carl F. Engstrom

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 2, 2026, the foregoing was electronically filed using the CM/ECF system, causing a Notice of Electronic Filing to be transmitted to all counsel of record.

Dated: November 2, 2026

/s/ Carl F. Engstrom
Carl F. Engstrom