**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RITA BOWERS, MICHELE GEAR-COLE, FLORENCE LORENZANO, and REGINALD TERCY, as representatives of a class of similarly situated persons, and on behalf of the Russelectric Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. RUSSELL, SUZANNE E. RUSSELL, and LISA J. RUSSELL, individually and as trustees of the Russelectric Stockholder Trusts and the Russelectric Stock Proceeds Trusts, as defined herein; and DENISE D. WYATT, DENNIS J. LONG, ARGENT TRUST COMPANY, and JOHN AND JANE DOES 1-25,<br><br>Defendants. | Case No. 1:22-cv-10457-PBS |

**DECLARATION OF BRYN BRIDLEY ON NOTICE AND SETTLEMENT ADMINISTRATION**

I, BRYN BRIDLEY, declare as follows:

1. I am the Vice President of Business Development at Atticus Administration, LLC ("Atticus"), a firm providing class action settlement and claims administration services. I have extensive experience with class action notice and settlement administration services. I am fully familiar with the facts contained herein based upon my personal knowledge and involvement in this matter. I am over twenty-one (21) years of age and am authorized to make this declaration on behalf of Atticus and myself.

2. Atticus is serving as the Settlement Administrator for this matter and is responsible for carrying out the terms of the Settlement Agreements as ordered by the Court in its *Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement with the Russell Defendants and Joint Motion for Consolidated Settlement Administration* ("Preliminary Approval Order") filed September 15, 2026.

3. I submit this declaration to inform the Parties and the Court of the settlement administration activities completed to date. This declaration describes the: (i) dissemination of the *Notice of Class Action Settlements* ("Class Notice"), (ii) settlement website and toll-free number, (iii) objections and Rollover Forms received, and (iv) Administrative Expenses.

**I. <u>CAFA</u>**

4. On September 11, 2026, Atticus sent notice of this proposed Settlement to relevant state and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA Notice"). The CAFA Notice was sent via U.S. Priority Mail to the Attorney General of the United States and the Attorneys General (or designated CAFA officials) of 48 state and territorial jurisdictions, including the District of Columbia and Puerto Rico. The CAFA Packet included a cover letter accompanied by a CD-ROM or PD F attachments that contained the (a) Class Action Complaint, (b) Amended Class Action Complaint, (c) Second Amended Class Action Complaint, (d) Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement with the Russell Defendants. A true and correct copy of the cover letter enclosed in the CAFA Packet with the delivery report is attached hereto as **Exhibit A**.

## II. DISSEMINATION OF THE CLASS NOTICE

5. On September 15, 2026, Atticus received data files from Class Counsel that contained the names and addresses of participants and beneficiaries of the Russelectric Inc. Employee Stock Ownership Plan who received a benefit when the ESOP terminated ("Settlement Class," "Settlement Class Members," or "Class Members"). The data identified 395 Class Members.

6. Prior to mailing the Class Notice, the data was processed through the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS"). This process returns address updates for individuals who have filed a change of address form with the USPS in the past four (4) years to help ensure accurate mail delivery.

7. On September 23, 2026, the Court-approved Class Notice was sent by U.S. First Class Mail to 384 Class Members. After address research for 11 Class Members who did not have mailing addresses in the data, the Class Notice was mailed to those Class Members on October 1, 2026. The Class Notice provided Class Members with a summary of the Settlements and informed them of their rights and options under the terms of the Settlements. The Notice also included contact information for the Parties and Atticus, as well as the date and time of the Fairness Hearing. The Class Notice was accompanied by a Rollover Form.

8. Of the 395 total Notices mailed, 33 were returned to Atticus as undeliverable. Twenty-eight (28) of the returned mail records were sent to a professional service for address tracing. New addresses were obtained for 20 of the undeliverable records and Class Notices were promptly remailed to those Class Members. New addresses were not obtained for the other eight (8) records sent to trace. The five (5) remaining undeliverable records were not traced – one (1) because a change of address was provided by counsel, one (1) because the Class Member provided a new address, and three (3) because they were returned too late to be traced and remailed before the October 26, 2026, objection deadline.

9. In total, 384 mailed Class Notices (97.22%) were successfully sent and eleven (11) Notices (2.78%) remain undeliverable – eight (8) for which new addresses were not obtained from trace and three (3) that were not traced.

10. On October 8, 2026, Atticus also sent Notice by email to 172 Class Members for whom email addresses were provided by Class Counsel. The email notice directed recipients to the Settlement website to review the full Class Notice and provided a link to submit a Rollover Form online. Nine (9) of the emails were returned as undeliverable but all nine (9) records had successfully mailed Notices. Two (2) of the Class Members with undeliverable mailed Notices, however, were also sent notice by email.

## III. SETTLEMENT WEBSITE AND TOLL-FREE TELEPHONE NUMBER

11. Atticus obtained the URL www.RusselectricESOPSettlement.com and established the content at that location as the Settlement website. The site was launched on September 23, 2026 in conjunction with the Class Notice mailing. The website provides visitors with access to the Notice, important settlement dates and deadlines, legal documents filed with the Court, answers to frequently asked questions about the Settlement, and Atticus' contact information. The website has been fully operational since its inception and will remain available until Settlement administration concludes.

12. On September 23, 2026, Atticus also activated the toll-free telephone number 1-800-971-2054 as the Settlement information line. The toll-free number was included in the Notice and is also available on the website. The toll-free line includes an introductory message that provides callers with the website address where additional information may be obtained and is answered by live customer service specialists during Atticus' normal business hours of 8:00 a.m. to 4:00 p.m. CT, Monday through Friday. After hours or if a support specialist is unavailable to answer a live call, callers are allowed to leave voicemail messages and receive callbacks from Atticus' support team. The toll-free telephone number has been continuously operational since activation and remains accessible.

## IV. OBJECTIONS AND ROLLOVER FORMS RECEIVED

13. Class Members had until October 26, 2026, to object to the Settlements, or any part of them, by submitting a written objection. Objections must comply with the requirements outlined in the Class Notice, be filed with the Clerk of the Court, and be mailed to Class Counsel and Defendants' counsel postmarked no later than the deadline. To date, Atticus has not received any objections.

14. Class Members who wish to receive their share of the Settlements as a direct rollover to an individual retirement account or qualified employer plan must submit a completed Rollover Form prior to the Fairness Hearing on November 16, 2026. Of the 60 Rollover Forms Atticus has received to date, 48 are valid, four (4) are invalid duplicates, one (1) was received from a non-Class Member, and seven (7) are invalid due to not being adequately completed. Atticus will continue to receive and review Rollover Forms until the Fairness Hearing.

## V. ADMINISTRATIVE EXPENSES

15. Atticus agreed to administer the terms of the Settlements for $15,770.00.

**I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and the United States of America that the foregoing is true and correct, and that this declaration was executed on the 29th day of October 2026 in St. Paul Minnesota.**

Bryn Bridley